**Appeal No.    2021AP1291-FT**

Cir. Ct. No.  2017ME104

**STATE OF WISCONSIN**

**IN COURT OF APPEALS
DISTRICT IV**

---

IN THE MATTER OF THE CONDITION OF C. K. S.:

PORTAGE COUNTY,

    PETITIONER-RESPONDENT,

  V.

C. K. S.,

    RESPONDENT-APPELLANT.

FILED

Nov. 30, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Thomas B. Eagon
Circuit Court Judge
Electronic Notice

Hon. Robert J. Shannon
Portage County Courthouse
Electronic Notice

Chris Marfilius
Register in Probate
Portage Co. Courthouse
Electronic Notice

Frederick A. Bechtold
Electronic Notice

Brianna Lynn Sweeney
Electronic Notice

PLEASE TAKE NOTICE that a correction has been made to the circuit court judge in the appeal line. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.